IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**PATRICIA BROCKBANK,**

      Plaintiff

v.  CIVIL NO. 3:10cv00463-REP

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**ZENITH ACQUISITION, et al**

      Defendants

## MOTION TO WITHDRAW REQUEST TO ENTER DEFAULT

COMES NOW, the Plaintiff, **PATRICIA BROCKBANK**, by counsel, and hereby notifies the Court that the Request to Enter Default filed in error today, shall hereby be withdrawn, as the Defendant, ZENITH ACQUISITION, has in fact, filed previously filed it's answer.

      **PATRICIA BROCKBANK**,

      _____/s/_____
      Leonard A. Bennett, Esq.
      VSB #37523
      Attorney for Plaintiff
      CONSUMER LITIGATION ASSOCIATES, P.C.
      12515 Warwick Boulevard, Suite 100
      Newport News, Virginia 23606
      (757) 930-3660 - Telephone
      (757) 930-3662 – Facsimile
      lenbennett@cox.net

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of November, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John W. Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA  23230
e-mail: jmontgomery@jwm-law.com

David N. Anthony
Troutman Sanders, LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23218-1122
e-mail: david.anthony@troutmansanders.com

Megan Starace Ben'Ary
LeClair Ryan PC (Alexandria)
2318 Mill Road
Suite 1100
Alexandria, VA 22314
e-mail: megan.benary@leclairryan.com

Joanna Lee Faust
LeClair Ryan PC (Alexandria)
2318 Mill Road
Suite 1100
Alexandria, VA 22314
e-mail: joanna.faust@leclairryan.com

                                                          /s/
                                      Leonard A. Bennett, Esq.
                                      VSB #37523
                                      Attorney for Plaintiff
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      12515 Warwick Boulevard, Suite 100
                                      Newport News, Virginia 23606
                                      (757) 930-3660 - Telephone
                                      (757) 930-3662 – Facsimile
                                      lenbennett@cox.net