**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**PATRICIA BROCKBANK,**

    **Plaintiff,**

v.                          Civil Action No.:  3:10-CV-463-REP

**EQUIFAX INFORMATION SERVICES LLC**, *et al.*,

    **Defendants.**

### NOTICE OF APPEARANCE

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, files this Notice of Appearance notifying the Court and opposing counsel that Timothy J. St. George, Esq. of the law firm of Troutman Sanders LLP will serve as counsel in this matter on behalf of Experian.

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By:     /s/Timothy J. St. George
David N. Anthony, Esq.
Virginia State Bar No. 31696
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile:  (804) 697-1339
E-mail: david.anthony@troutmansanders.com

Timothy J. St. George, Esq.
Virginia State Bar No. 77349
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1254
Facsimile:  (804) 698-6013
E-mail:  Tim.StGeorge@troutmansanders.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett
CONSUMER LITIGATION ASSOC PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff*

John Willard Montgomery , Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
Telephone: (804) 355-8744
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

Megan Starace Ben'Ary
LECLAIR RYAN PC (Alexandria)
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: 703-647-5933
Facsimile: 703-647-5983
Email: megan.benary@leclairryan.com
*Counsel for Zenith Acquisition*

Joanna Lee Faust
LECLAIR RYAN PC (Alexandria)
2318 Mill Road
Suite 1100
Alexandria, VA 22314
Telephone:  703-684-8007
Facsimile: 703-647-5987
Email: joanna.faust@leclairryan.com
*Counsel for Zenith Acquisition*


    /s/Timothy J. St. George
Timothy J. St. George, Esq.
Virginia State Bar No. 77349
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1254
Facsimile:  (804) 698-6013
E-mail:  Tim.StGeorge@troutmansanders.com

1998444v1