


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PATRICIA BROCKBANK ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:10cv463 |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC.; ZENITH ) | |
| ACQUISITION; NATIONAL CREDIT ) | |
| SYSTEMS, INC. ) | |
| ) | |
| Defendants. ) | |

## ORDER
~~STIPULATION~~ **OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the Plaintiff Patricia Brockbank ("Plaintiff") against Defendant Equifax Information Services LLC ("Equifax") only are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of Plaintiff against Equifax has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

Respectfully submitted this 10 day of December, 2010.

_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

_____
John Willard Montgomery, Jr.
VSB #37149
Attorney for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
jmontgomery@jwm-law.com

It is so ORDERED.

_____
/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia

December 10, 2010